*In re* BERNARDO L. LA FONTAINE MARTELL, querellado.

*Número:* MC-89-40     *Resuelto:* 22 de noviembre de 1989

*Jorge E. Pérez Díaz, Procurador General, Norma Cotti Cruz, Subprocuradora General, e Ivonne Casanova Pelosi, Procuradora General Auxiliar,* abogados de El Pueblo.

PER CURIAM: El Lic. Bernardo L. La Fontaine Martell fue admitido al ejercicio de la abogacía el 28 de julio de 1977 y a la notaría el 29 de agosto del mismo año. El 17 de marzo de 1989 fue suspendido provisionalmente del ejercicio de la profesión de abogado y del notariado. Ello debido a su omisión de no contestar las órdenes de este Tribunal y haber incurrido en varias violaciones a la Ley Notarial de Puerto Rico. *In re La Fontaine Martell,* 123 D.P.R. 433 (1989).

Para atender otra queja independiente, el 6 de julio de 1989 emitimos la resolución siguiente:

Encontrándose el Lic. Bernardo L. La Fontaine Martell suspendido provisionalmente de la notaría y la práctica de la abogacía, y habida cuenta de que no responde a requerimientos del Procurador General, se le concede al [licenciado] La Fontaine Martell un término de treinta (30) días, contados a partir de la notificación de esta resolución, para que muestre causa por la cual no deba ser suspendido indefinidamente de la notaría y la práctica de la abogacía.

A pesar de haber sido notificado con copia de dicha orden, ha hecho caso omiso. Bajo las circunstancias presentes, *su conducta recurrente de hacer caso omiso a los requerimientos de este Tribunal y del Procurador General amerita la sanción más severa de suspensión indefinida de la práctica de la abogacía y de la notaría.*

*Se dictará la sentencia correspondiente.*